UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOSE GUADALUPE AGUIRRE,<br>Institutional ID No. 2116682,<br>SID No. 7061469,<br>Previous TDCJ ID Nos. 1752658,<br>1828638, 1905776<br><br>                Plaintiff,<br><br>v.<br><br>OLIVER L. VASQUEZ, *et al.*,<br><br>                Defendants. | No.  5:19-CV-00029-H |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

      The United States Magistrate Judge made findings, conclusions, and a recommendation that this case should proceed and the Court should enter a scheduling order.  No objections were filed.  The District Court independently examined the record and reviewed the findings, conclusions, and recommendation for plain error.  Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

      As a result, the Court will enter a separate scheduling order, setting forth dates for pretrial deadlines and filing dispositive motions.

      So ordered.

      Dated November 24, 2020.

                                                          _____
                                                           JAMES WESLEY HENDRIX
                                                           United States District Judge